*1038 516 U. S. 826;
517 U. S. 1135;
517 U. S. 1189;
*1039 No. 95-1551.
No. 95-1555.
No. 95-1578.
No. 95-1640.
No. 95-7022.
No. 95-7041.
No. 95-7081.
No. 95-7145.
No. 95-7182.
No. 95-7505.
No. 95-7663.
No. 95-7816.
No. 95-7946.
No. 95-7983.
No. 95-8017.
No. 95-8082.
No. 95-8114.
No. 95-8138.
No. 95-8143.
No. 95-8219.
No. 95-8224.
No. 95-8230.
No. 95-8237.
No. 95-8305.
517 U. S. 1209;
517 U. S. 1210;
517 U. S. 1210;
517 U. S. 1234;
517 U. S. 1211;
517 U. S. 1139;
517 U. S. 1139;
517 U. S. 1139;
517 U. S. 1140;
517 U. S. 1192;
517 U. S. 1110;
517 U. S. 1142;
517 U. S. 1235;
517 U. S. 1159;
517 U. S. 1169;
517 U. S. 1211;
517 U. S. 1172;
517 U. S. 1211;
517 U. S. 1211;
517 U. S. 1194;
517 U. S. 1211;
517 U. S. 1194;
517 U. S. 1161;
517 U. S. 1212;
*1040 No. 95-8316.
No. 95-8320.
No. 95-8356.
No. 95-8373.
No. 95-8376.
No. 95-8377.
No. 95-8387.
No. 95-8417.
No. 95-8418.
No. 95-8420.
No. 95-8433.
No. 95-8474.
No. 95-8513.
No. 95-8514.
No. 95-8521.
No. 95-8522.
No. 95-8533.
No. 95-8546.
No. 95-8580.
No. 95-8597.
No. 95-8625.
No. 95-8649.
No. 95-8690.
No. 95-8696.
No. 95-8709.
No. 95-8742.
517 U. S. 1212;
517 U. S. 1212;
517 U. S. 1213;
517 U. S. 1223;
517 U. S. 1223;
517 U. S. 1223;
517 U. S. 1219;
517 U. S. 1224;
517 U. S. 1224;
517 U. S. 1224;
517 U. S. 1225;
517 U. S. 1225;
517 U. S. 1198;
517 U. S. 1198;
517 U. S. 1237;
517 U. S. 1226;
517 U. S. 1237;
517 U. S. 1247;
517 U. S. 1248;
517 U. S. 1226;
517 U. S. 1207;
517 U. S. 1227;
517 U. S. 1227;
ante, p. 1010;
ante, p. 1003;
ante, p. 1010;
*1041 No. 95-8769.
No. 95-8796.
No. 95-8818.
No. 95-8900.
No. 95-8919.
No. 95-8927.
No. 95-9047.
517 U. S. 1228;
517 U. S. 1219;
517 U. S. 1249;
ante, p. 1016;
517 U. S. 1232;
ante, p. 1011; and
ante, p. 1012. Petitions for rehearing denied.